**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Keith A. Bradford | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 24-11554-AMC |

## PRAECIPE TO WITHDRAW

Kindly withdraw Trustee's Motion to Dismiss at Docket entry #17

                                                                                    Respectfully submitted,

Date: June 26, 2024                                     /s/ Kenneth E. West, Esq
                                                                   Kenneth E. West, Esq.
                                                                   Chapter 13 Standing Trustee