United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-11544-amc |
| Keith A. Bradford | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 18, 2024 | Form ID: pdf900 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keith A. Bradford, 629 Fanshawe St, Philadelphia, PA 19111-4713 |
| 14881034 | + | L&R Mgmnt, 45 Haverhill Street, Andover, MA 01810-1414 |
| 14881037 | | THE BANK OF NEW YORK MELLON F/K/A THE BANK OF, c/o Nationstar Mortgage Company, PO Box 199111, Dallas, TX 75235 |
| 14883880 | + | THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW, c/o Michael Farrington,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14881036 | + | Tara Bradford, 629 Fanshawe St, Philadelphia, PA 19111-4713 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 19 2024 00:00:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 19 2024 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14881025 | + | Email/PDF: bncnotices@becket-lee.com | Jul 19 2024 00:20:58 | Amer Fst Fin, 7330 W. 33rd Stree, Wichita, KS 67205-9369 |
| 14881026 | + | Email/PDF: bncnotices@becket-lee.com | Jul 19 2024 00:20:47 | American First Finance, 7330 W. 33rd Stree, Wichita, KS 67205-9370 |
| 14881027 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 19 2024 00:20:58 | Capital One, 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 14881028 | + | Email/Text: bankruptcy@consumerportfolio.com | Jul 19 2024 00:00:00 | Consumer Portfolio Services, Inc., 16355 Laguna Canyo, Irvine, CA 92618-3801 |
| 14881029 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 19 2024 00:00:00 | Credit Collection Serv, 725 Canton St, Norwood, MA 02062-2679 |
| 14881030 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 19 2024 00:06:35 | Fst Premie, 900 Delaware Suite 7, Sioux Falls, SD 57104-0337 |
| 14899681 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 19 2024 00:00:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7317, Philadelphia, PA 19101-7317 |
| 14881032 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 19 2024 00:00:00 | Jefferson Capital Systems, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14899691 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 19 2024 00:00:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14899647 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 19 2024 00:00:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 14899934 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 19 2024 00:00:00 | Jefferson Capital Systems, LLC, Po Box 772813, Chicago IL 60677-2813 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 18, 2024 | Form ID: pdf900 | Total Noticed: 24 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14881033 | ^ | MEBN | Jul 18 2024 23:58:03 | KML LAW GROUP, P.C., Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14881035 | + | Email/Text: bankruptcy@sw-credit.com | Jul 19 2024 00:00:00 | Southwest Credit System, 2629 Dickerson Pkwy, Carrollton, TX 75007-4458 |
| 14903853 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 19 2024 00:00:00 | THE BANK OF NEW YORK MELLON, at. el, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14903536 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 19 2024 00:00:00 | THE BANK OF NEW YORK MELLON, at. el, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14902237 | + | Email/Text: peritus@ebn.phinsolutions.com | Jul 19 2024 00:00:00 | Westlake - C/O Peritus Portfolio Services II, LLC, P.O. Box 141419, Irving, TX 75014-1419 |
| 14881038 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jul 19 2024 00:00:00 | Westlake Services, 4751 Wilshire Blvd Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14881031 | * | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 20, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2024 at the address(es) listed below:

**Name**                **Email Address**

CHRISTOPHER G. CASSIE
on behalf of Debtor Keith A. Bradford ccassie@keaveneylegalgroup.com atruss@keaveneylegalgroup.com;22374@notices.nextchapterbk.com

DENISE ELIZABETH CARLON
on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for Nationstar Home Equity Loan Trust 2007-A bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

United States Trustee

District/off: 0313-2  User: admin  Page 3 of 3
Date Rcvd: Jul 18, 2024  Form ID: pdf900  Total Noticed: 24

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
    KEITH A. BRADFORD

    Debtor

Chapter 13

Bankruptcy No. 24-11544-AMC

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: July 18, 2024**

_____
Honorable Ashely M. Chan
Bankruptcy Judge